Michael TILLER, Appellant,

v.

STATE of Missouri, Respondent.

No. 64359.

Missouri Court of Appeals,
Eastern District,
Division One.

June 7, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 4, 1994.

Deborah B. Wafer, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant appeals from the denial of his Rule 24.035 motion challenging the voluntariness of his guilty plea to first degree murder and armed criminal action. We find no clear error. Rule 24.035(j). In addition, an extended opinion in this matter would have no precedential value and we affirm by written order. Rule 84.16(b)(2). A memorandum outlining our reasons for affirmance has been provided for the parties' use only.